AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROBERTS, VICTORIA A. | EASTERN DISTRICT OF MICHIGAN | 05/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES DISTRICT COURT<br>231 W. LAFAYETTE BLVD ROOM 123<br>DETROIT, MI. 48226 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Roberts, Victoria A.**

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | UNIVERSITY OF MICHIGAN PAYROLL OFFICE - SALARY | $17,650.00 |
| 2. 2010 | SOBLE & ROWE - COLLECTION OF AMOUNT FOR PAST SERVICES | $49,167.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF MICHIGAN | JULY 23-24, 2010 | MACKINAC ISLAND, MICHIGAN | EDUCATIONAL SEMINAR/PROGRAM | TRANSPORTATION AND FOOD |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SIMONE ROAD, L.L.C, Wayne County MI | C | Rent | K | W | | | | | |
| 2. JUDY CIRCLE, L.L.C., Wayne County MI | B | Rent | K | W | | | | | |
| 3. FAIRVIEW DRIVE, L.L.C., Wayne County MI | C | Rent | K | W | | | | | |
| 4. DOVER ROAD, L.L.C, Wayne County MI | D | Rent | K | W | | | | | |
| 5. BURGER ROAD, L.L.C, Wayne County MI | C | Rent | K | W | | | | | |
| 6. DEARBORN HEIGHTS, L.L.C, Wayne County MI | B | Rent | K | W | | | | | |
| 7. PALMER ROAD, L.L.C, Wayne County MI | B | Rent | K | W | | | | | |
| 8. KNOLSON ROAD, L.L.C, Wayne County MI | B | Rent | K | W | | | | | |
| 9. JP MORGAN I.R.A. - JANUS FUND | A | Dividend | | | | | | | SEE PART VIII |
| 10. JP MORGAN I.R.A. - JANUS TWENTY FUND | A | Dividend | | | | | | | SEE PART VIII |
| 11. JP MORGAN I.R.A. - JANUS VENTURE FUND | A | Dividend | | | | | | | SEE PART VIII |
| 12. JP MORGAN I.R.A. - AIM CONSTELLATION FUND | A | Dividend | K | T | | | | | |
| 13. I.R.A. - BANK OF AMERICA - CD'S | A | Interest | K | T | | | | | |
| 14. JP MORGAN CHASE - SAVINGS | A | Interest | K | T | | | | | |
| 15. JP MORGAN - JANUS FUND | A | Dividend | | | | | | | SEE PART VIII |
| 16. JP MORGAN - JANUS TWENTY FUND | A | Dividend | | | | | | | SEE PART VIII |
| 17. JP MORGAN - JANUS VENTURE FUND | A | Dividend | | | | | | | SEE PART VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DAIMLER AG - COMMON STOCK | A | Dividend | J | T | | | | | |
| 19. ANN ARBOR TRAIL ASSOC., L.L.C., Wayne County MI | C | Rent | K | W | | | | | |
| 20. MORGAN STANLEY SMITH BARNEY I.R.A.: | | | | | | | | | |
| 21. -AIM CHARTER FUND | A | Dividend | | | | | | | SEE PART VIII |
| 22. -AIM CONSTELLATION FUND CLASS A | A | Dividend | | | | | | | SEE PART VIII |
| 23. -AIM INTERNATIONAL GROWTH FUND CLASS A | A | Dividend | | | | | | | SEE PART VIII |
| 24. -JOHN HANCOCK SMALL CAP GROWTH FD A | A | Dividend | | | | | | | SEE PART VIII |
| 25. -MFS GROWTH FUND CLASS A | A | Dividend | | | | | | | SEE PART VIII |
| 26. -FRANKLIN MUTUAL SHARES FUND CLASS A | A | Dividend | | | | | | | SEE PART VIII |
| 27. -SMALLCAP WORLD FUND CLASS A | A | Dividend | | | | | | | SEE PART VIII |
| 28. -TEMPLETON DEVELOPING MARKETS TRUST CLASS A | A | Dividend | | | | | | | SEE PART VIII |
| 29. -WASHINGTON MUTUAL INVESTORS FUND CLASS A | A | Dividend | | | | | | | SEE PART VIII |
| 30. -WESTERN ASSET MONEY MARKET FUND | A | Dividend | | | | | | | SEE PART VIII |
| 31. JP MORGAN CHASE - CHECKING | A | Interest | J | T | | | | | |
| 32. AMERICAN INTERNATIONAL GROUP, INC. - COMMON STOCK | A | Dividend | J | T | Sold (part) | 03/03/10 | J | A | |
| 33. RENTAL HOUSE - DETROIT, MI. | A | Rent | M | W | | | | | |
| 34. MERRILL LYNCH - JANUS FUND | A | Dividend | J | T | | | | | SEE PART VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MERRILL LYNCH - JANUS TWENTY FUND | A | Dividend | K | T | | | | | SEE PART VIII |
| 36. MERRILL LYNCH - JANUS VENTURE FUND | A | Dividend | K | T | | | | | SEE PART VIII |
| 37. MERRILL LYNCH - I.R.A.: | | | | | | | | | |
| 38. -AIM CHARTER FUND | A | Dividend | | | Sold | 11/15/10 | K | A | SEE PART VIII |
| 39. -AIM CONSTELLATION FUND CLASS A | A | Dividend | | | Sold | 11/15/10 | K | A | SEE PART VIII |
| 40. -AIM INTERNATIONAL GROWTH FUND CLASS A | A | Dividend | | | Sold | 11/15/10 | K | D | SEE PART VIII |
| 41. -JOHN HANCOCK SMALL CAP GROWTH FD A | A | Dividend | | | Sold | 11/15/10 | K | A | SEE PART VIII |
| 42. -MFS GROWTH FUND CLASS A | A | Dividend | | | Sold | 11/15/10 | K | D | SEE PART VIII |
| 43. -FRANKLIN MUTUAL SHARES FUND CLASS A | A | Dividend | | | Sold | 11/15/10 | K | A | SEE PART VIII |
| 44. -SMALLCAP WORLD FUND CLASS A | A | Dividend | | | Sold | 11/15/10 | K | D | SEE PART VIII |
| 45. -TEMPLETON DEVELOPING MARKETS TRUST CLASS A | A | Dividend | | | Sold | 11/15/10 | K | D | SEE PART VIII |
| 46. -WASHINGTON MUTUAL INVESTORS FUND CLASS A | A | Dividend | | | Sold | 11/15/10 | K | A | SEE PART VIII |
| 47. -WESTERN ASSET MONEY MARKET FUND | A | Dividend | | | Sold | 11/15/10 | J | A | SEE PART VIII |
| 48. - JANUS FUND | A | Dividend | | | Sold | 11/15/10 | K | A | SEE PART VIII |
| 49. - JANUS TWENTY FUND | A | Dividend | | | Sold | 11/15/10 | L | A | SEE PART VIII |
| 50. - JANUS VENTURE FUND | A | Dividend | | | Sold | 11/15/10 | K | A | SEE PART VIII |
| 51. -AMERICAN CENTURY DIVERSIDIED BOND FUND | A | Dividend | K | T | Buy | 11/16/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | K | T | Buy | 11/16/10 | K | | |
| 53. -DELAWARE DIVERSIFIED INCOME FUND | B | Dividend | K | T | Buy | 11/16/10 | K | | |
| 54. -FIRST EAGLE GLOBAL CLASS I | A | Dividend | K | T | Buy | 11/16/10 | K | | |
| 55. -FRANKLIN MUTUAL GLOBAL DISCOVERY FUND | A | Dividend | K | T | Buy | 11/16/10 | K | | |
| 56. -ING CORPORATE LEADERS TRUST FUND | A | Dividend | K | T | Buy | 11/16/10 | K | | |
| 57. -IVY ASSET STRATEGY FUND CLASS I | A | Dividend | K | T | Buy | 11/16/10 | K | | |
| 58. -JOHN HANCOCK LARGE CAP EQUITY FUND CLASS I | A | Dividend | K | T | Buy | 11/16/10 | K | | |
| 59. -LEGG MASON CLEARBRIDGE APPRECIATION FUND I | A | Dividend | K | T | Buy | 11/16/10 | K | | |
| 60. -OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y | A | Dividend | K | T | Buy | 11/16/10 | K | | |
| 61. -PERMANENT PORTFOLIO FUND | A | Dividend | K | T | Buy | 11/16/10 | K | | |
| 62. -RS PARTNERS FUND CLASS Y | A | Dividend | K | T | Buy | 11/16/10 | K | | |
| 63. -TEMPLETON GLOBAL BOND FUND | A | Dividend | K | T | Buy | 11/16/10 | · K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

DURING 2010 CERTAIN INVESTMENTS WERE TRANSFERRED FROM JP MORGAN TO MERRILL LYNCH AS FOLLOWS:

LINES 9,10 AND 11 PREVIOUSLY HELD BY JP MORGAN WERE TRANSFERRED TO MERRILL LYNCH DURING 2010. THESE INVESTMENTS ARE NOW REPORTED ON LINES 48, 49 AND 50. THESE INVESTMENTS WERE SUBSEQUENTLY SOLD DURING 2010.

LINES 15, 16 AND 17 PREVIOUSLY HELD BY JP MORGAN WERE TRANSFERRED TO MERRILL LYNCH DURING 2010. THESE INVESTMENTS ARE NOW REPORTED ON LINES 34, 35 AND 36.

LINES 21, 22, 23, 24, 25, 26, 27, 28, 29 AND 30 PREVIOUSLY HELD BY JP MORGAN WERE TRANSFERRED TO MERRILL LYNCH DURING 2010. THESE INVESTMENTS ARE NOW REPORTED ON LINES 38, 39, 40, 41, 42, 43, 44, 45, 46 AND 47. THESE INVESTMENTS WERE SUBSEQUENTLY SOLD DURING 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/15/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ VICTORIA A. ROBERTS

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544